# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2422
LT Case No. 2023-CF-000373

_____

JOHN YURAL HUDSON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Putnam County.
Alicia R. Washington, Judge.

Matthew J. Metz, Public Defender, and Teresa Sutton, Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Roberts J. Bradford, Jr., Assistant Attorney General, Daytona Beach, for Appellee.

June 26, 2026

WALLIS, J.

In this *Anders*[1] appeal, we affirm the judgment and sentence imposed following a jury trial but remand for the trial court to

---

[1] *Anders v. California*, 386 U.S. 738 (1967).

correct the written judgment and sentence to reflect that the Appellant was convicted at trial rather than by entering a plea.[2] *See Williams v. State*, 422 So. 3d 1155, 1164 (Fla. 5th DCA 2025) (explaining that an appellate court may correct scrivener's errors upon *Anders* review); *Henry v. State*, 273 So. 3d 1150 (Fla. 5th DCA 2019) (remanding, upon *Anders* review, to correct a scrivener's error in the judgment and sentence incorrectly stating that the defendant entered a plea where the defendant was actually convicted by jury).

AFFIRMED; REMANDED for correction of scrivener's error.

JAY, C.J., and LAMBERT, J., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

---

[2] Appellant's counsel raised this issue as scrivener's error within the *Anders* brief.